IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case: 1:21-mj-00277 |
| **vs.** : | |
| **Sean Carlo Cordon** : | |
| **Defendant** : | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as retained counsel in this case for the defendant Sean Carlo Cordon. I certify that I am admitted to practice in this Court.

Respectfully submitted,

RaquinMercer LLC

By: /s/
_____
Stephen Mercer, #MD12855
5906 Hubbard Drive
Rockville, Maryland 20852
Tel: (301) 880-9270
Fax: (833) 816-5605
Email: Steve@RaquinMercer.com

*Attorney for Sean Carol Cordon*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Entry of Appearance was served this March 15, 2021, *via* the ECF filing system.

By: /s/
_____
Stephen Mercer, #MD12855